IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOMINIQUE SINCLAIR**                                                   **PLAINTIFF**

**V.**                      **4:21CV00012 JM**

**MARAVIAN FENVEL;**
**DOES, Amber and Maurice;**
**ANGIE O'CONNOR; TAMMY LANE**                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 19th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE